BINSWANGER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Su-

preme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by Max Binswanger against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with costs.